# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                    Case No. 3:18-cv-1465-J-32JBT

TZADIK ACQUISITIONS, LLC,
TZADIK MANAGEMENT GROUP,
LLC, TZADIK MANAGEMENT
GROUP 2, LLC, TZADIK
PROPERTIES, LLC, JAMES
RIVER INSURANCE COMPANY,
WILLA KIMBLE, As Personal
Representative of the Estate of
Alfred Lance, III, and COMMERCE
AND INDUSTRY INSURANCE
COMPANY,

    Defendants.

---

## FINAL JUDGMENT

For the reasons stated in the Court's Order of September 14, 2020 (Doc. 94):

1.    Final Declaratory Judgment is hereby entered in favor of Plaintiff United Specialty Insurance Company ("United") and against Defendants Tzadik Acquisitions, LLC, Tzadik Management Group, LLC, Tzadik Management Group 2, LLC, and Tzadik Properties, LLC (collectively, "Tzadik")

on Count I of the Complaint for Declaratory Judgment (Doc. 1). United has no duty to defend or indemnify Tzadik under Policy No. DCH00047-00 in the Underlying Action, <u>Kimble v. Tzadik Acquisitions, LLC, et al.</u>, Case No. 16-2017-CA-06741, in the Circuit Court of the Fourth Judicial Circuit in and for Duval County.

2. Final Judgment is hereby entered in favor of Counterclaim Defendant United and against Counterclaim Plaintiffs Tzadik on Count I of Tzadik's Counterclaim (Doc. 30).

3. Count II of United's Complaint for Declaratory Judgment (Doc. 1) and Count II of Tzadik's Counterclaim (Doc. 30) are dismissed as **MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of September, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record